THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* WILEY PINKLEY, Petitioner-Appellant.

(No. 57078; )

First District (2nd Division)—February 13, 1973.

PER CURIAM.

James B. Haddad, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane, Ricky Petrone, and William Wolter, Assistant State's Attorneys, of counsel,) for the People.